**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JOHN ANTHONY CASTRO,
BOP Register No. 93890-510,

Plaintiff,

v.

JOHN/JANE DOE,
an individual whose true name is presently unknown,

Defendant.

Civil Action No. 26 CV-1888

JURY TRIAL DEMANDED

**[PROPOSED] PROTECTIVE ORDER FOR EARLY IDENTIFICATION DISCOVERY**

1. This Protective Order governs any information produced by the Federal Bureau of Prisons, DOJ, FCC Pollock, or any later authorized nonparty in response to early discovery allowed for the purpose of identifying Defendant John/Jane Doe.

2. Covered Material includes any produced record or information containing personal identifiers, home addresses, telephone numbers, email addresses, account identifiers, billing/payment identifiers, screenshots, message copies, alleged victim information, reporting-person information, BOP investigative records, institutional-security information, or information designated by the producing entity as confidential or sensitive.

3. Plaintiff may use Covered Material only in this action and only for identifying Doe, confirming jurisdiction, amending the pleadings, obtaining service of process, litigating the claims and defenses, preserving related evidence, and complying with Court orders.

4. Plaintiff must not disclose Covered Material publicly, post it online, provide it to media, or use it for any purpose outside this case. Plaintiff may disclose Covered Material only to the Court, the Clerk, the United States Marshal or process server as necessary for service, a spouse or filing assistant assisting with this litigation, retained or prospective counsel, and any person the Court authorizes. Any person receiving Covered Material must use it only for this case.

5. Any filing that contains a full date of birth, social-security number, financial-account number, home address, personal phone number, email address, alleged victim identity, confidential-source information, or sensitive BOP/security information must be redacted or filed under seal unless the Court orders otherwise. Plaintiff may file an amended complaint naming

Doe in a manner directed by the Court and may request that personal address or phone information be filed under seal or provided only for service.

6. BOP/DOJ may redact victim identifying information, staff-security information, unrelated investigative information, and other information not necessary to identify Doe, provided that the redactions do not prevent Doe's identification or service. If BOP/DOJ contends that Doe's identity or source information itself cannot be disclosed directly to Plaintiff, BOP/DOJ may submit the unredacted information to the Court for in camera review and produce a redacted copy to Plaintiff.

7. Nothing in this Protective Order waives any privilege, Touhy objection, law-enforcement privilege, Privacy Act objection, security objection, or other objection. Nothing in this Protective Order authorizes disclosure prohibited by statute. The Court retains authority to resolve any objection or withholding.

8. This Protective Order remains in effect until modified by the Court. At the conclusion of this action, Plaintiff must retain, return, destroy, or continue protecting Covered Material as ordered by the Court.

SO ORDERED.

Signed this 16th day of June, 2026.

______________________________________________________

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE